McGREGOR W. SCOTT
United States Attorney
TIMOTHY H. DELGADO
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-0003-JAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| LUIS ALBERTO VALERIO MARTINEZ, aka Luis Albertyo Valerio, and JOSE ARNULFO ALCALA-GARCIA, aka Jose Arnulfo Alcala, | Date: March 12, 2019<br>Time: 9:15 a.m.<br>Judge: Hon. John A. Mendez |
| Defendants. | |

Plaintiff United States of America, through its undersigned counsel, and defendants Luis Alberto Valerio Martinez and Jose Arnulfo Alcala-Garcia, through their respective counsel of record, stipulate that the status conference currently set for March 12, 2019, be continued to May 21, 2019, at 9:15 a.m.

On January 3, 2019, both defendants were arraigned on the five-count Indictment. (ECF Nos. 18, 21.) Since that time, the United States has produced to both defense counsel discovery that includes 77 pages of reports and memoranda, over 200 photos, and various audio, video, and multimedia files from throughout this investigation. Both defense counsel require additional time to review these materials, time to confer with their clients, time to conduct further research and investigation about the charged offenses, and time to otherwise prepare for trial. In addition, defense counsel require additional time to review the potential implications of the recently-enacted First Step Act and to discuss the matter with

their clients.

Based on the foregoing, the parties stipulate that the status conference currently set for March 12, 2019, be continued to May 21, 2019, at 9:15 a.m. The parties further agree that time under the Speedy Trial Act should be excluded from the date this order issues to and including May 21, 2019, under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and General Order 479, Local Code T4, based on continuity of counsel and defense preparation.

Counsel and the defendants also agree that the ends of justice served by the Court granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

Respectfully submitted,

Dated: March 4, 2019  /s/ Timothy H. Delgado
TIMOTHY H. DELGADO
Assistant United States Attorney
Attorney for Plaintiff United States

Dated: March 4, 2019  /s/ THD for Mia T. Crager
MIA T. CRAGER
Assistant Federal Defender
Attorney for Defendant Luis Valerio Martinez

Dated: March 4, 2019  /s/ THD for Michael D. Long
MICHAEL D. LONG
Attorney for Defendant Jose Alcala-Garcia

| | |
|---|---|
| 1 | ORDER |

2    The Court, having received and considered the parties' stipulation, and good cause appearing
3    therefore, adopts the parties' stipulation in its entirety as its order.  The Court specifically finds that the
4    failure to grant a continuance in this case would deny counsel reasonable time necessary for effective
5    preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice
6    are served by granting the requested continuance and outweigh the best interests of the public and the
7    Defendants in a speedy trial.

8    The Court orders that the time from the date the parties stipulated, to and including May 21, 2019,
9    shall be excluded from computation of time within which the trial in this case must be commenced under
10   the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time for counsel to
11   prepare] and General Order 479 (Local Code T4).  It is further ordered that the March 12, 2019 status
12   conference be continued until May 21, 2019, at 9:15 a.m.

14   Dated:  March 4, 2019                              /s/ John A. Mendez_____
                                                        Hon. John A. Mendez
15                                                      United States District Court Judge