UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
March 13, 2019
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>LUIS ALBERTO VALERIO MARTINEZ,)<br>)<br>Defendant. ) | Case No. 2:19CR0003-JAM-001<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  LUIS ALBERTO VALERIO MARTINEZ ,

Case No.  2:19CR0003-JAM-001 , Charge  21USC § 841(a) , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    ✔ Bail Posted in the Sum of $ Defendant's Mother's Home

        ✔ Unsecured Appearance Bond $50,000.00

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

        ✔ (Other)       Pretrial conditions as stated on the record.

Issued at  Sacramento, CA  on  March 13, 2019  at  1:01 pm .

                By  /Deborah Barnes/
                     Deborah Barnes
                     United States Magistrate Judge

Copy 1 - U.S. MARSHAL