UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
March 13, 2019
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
DEPUTY CLERK

UNITED STATES OF AMERICA, )
)
      Plaintiff, )
v. )
)
LUIS ALBERTO VALERIO MARTINEZ,)
)
      Defendant. )

Case No. 2:19CR0003-JAM-001

ORDER FOR RELEASE OF
PERSON IN CUSTODY

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release __LUIS ALBERTO VALERIO MARTINEZ__,

Case No. __2:19CR0003-JAM-001__, Charge __21USC § 841(a)__, from custody subject to the

conditions contained in the attached "Notice to Defendant Being Released" and for the following

reasons:

    __     Release on Personal Recognizance

    ✔    Bail Posted in the Sum of $ __Defendant's Mother's Home__

        ✔    Unsecured Appearance Bond $__50,000.00__

        __     Appearance Bond with 10% Deposit

        __     Appearance Bond with Surety

        __     Corporate Surety Bail Bond

        ✔    (Other)      __Pretrial conditions as stated on the record.__

Issued at __Sacramento, CA__ on __March 13, 2019__ at __1:01 pm__.

By    /Deborah Barnes/
       Deborah Barnes
       United States Magistrate Judge

Copy 1 - U.S. MARSHAL