| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | TIMOTHY H. DELGADO<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUIS ALBERTO VALERIO MARTINEZ,<br>aka Luis Albertyo Valerio, and<br>JOSE ARNULFO ALCALA-GARCIA,<br>aka Jose Arnulfo Alcala,<br><br>Defendants. | CASE NO. 2:19-CR-0003-JAM<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date: May 21, 2019<br>Time: 9:15 a.m.<br>Judge: Hon. John A. Mendez |

Plaintiff United States of America, through its undersigned counsel, and defendants Luis Alberto Valerio Martinez and Jose Arnulfo Alcala-Garcia, through their respective counsel of record, stipulate that the status conference currently set for May 21, 2019, be continued to August 6, 2019, at 9:15 a.m.

On January 3, 2019, both defendants were arraigned on the five-count Indictment. (ECF Nos. 18, 21.) Since that time, the United States has produced to both defense counsel discovery that includes 77 pages of reports and memoranda, over 200 photos, and various audio, video, and multimedia files from throughout this investigation. Both defense counsel require additional time to review these materials, time to confer with their clients, time to conduct further research and investigation about the charged offenses, and time to otherwise prepare for trial. In addition, defense counsel require additional time to review the potential implications of the recently-enacted First Step Act and to discuss the matter with

STIPULATION AND (PROPOSED) ORDER
TO CONTINUE STATUS CONFERENCE

1

their clients.

Based on the foregoing, the parties stipulate that the status conference currently set for May 21, 2019, be continued to August 6, 2019, at 9:15 a.m. The parties further agree that time under the Speedy Trial Act should be excluded from the date this order issues to and including August 6, 2019, under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and General Order 479, Local Code T4, based on continuity of counsel and defense preparation.

Counsel and the defendants also agree that the ends of justice served by the Court granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

Respectfully submitted,

Dated: May 17, 2019         */s/ Timothy H. Delgado*
TIMOTHY H. DELGADO
Assistant United States Attorney
Attorney for Plaintiff United States

Dated: May 17, 2019         */s/ THD for Mia T. Crager*
MIA T. CRAGER
Assistant Federal Defender
Attorney for Defendant Luis Valerio Martinez

Dated: May 17, 2019         */s/ THD for Michael D. Long*
MICHAEL D. LONG
Attorney for Defendant Jose Alcala-Garcia

# ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and the Defendants in a speedy trial.

The Court orders that the time from the date the parties stipulated, to and including August 6, 2019, shall be excluded from computation of time within which the trial in this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] and General Order 479 (Local Code T4). It is further ordered that the May 21, 2019 status conference be continued until August 6, 2019, at 9:15 a.m.

Dated: May 17, 2019  /s/ John A. Mendez_____
Hon. John A. Mendez
United States District Court Judge