| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MIA CRAGER, #300172 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | Attorneys for Defendant |
| | LUIS VALERIO MARTINEZ |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:19-cr-00003-JAM |
| Plaintiff, | ) | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| v. | ) | |
| LUIS VALERIO MARTINEZ, et al., | ) | DATE: August 6, 2019 |
| | ) | TIME: 9:15 a.m. |
| Defendants. | ) | JUDGE: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Assistant United States Attorney Timothy H. Delgado, attorney for Plaintiff, Federal Defender Heather E. Williams through Assistant Federal Defender Mia Crager, attorney for Luis Valerio Martinez, and Michael Donald Long, attorney for Jose Arnulfo Alcala-Garcia that the status conference, currently scheduled for August 6, 2019, to be continued to September 24, 2019 at 09:15 a.m.

The reason is that defense counsel needs time to conduct an investigation and meet with their clients who live more than five hours away by car.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including September 24, 2019; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

-1-

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated: August 1, 2019         HEATHER E. WILLIAMS
                              Federal Defender

                              /s/ *Mia Crager*
                              MIA CRAGER
                              Assistant Federal Defender
                              Attorney for Defendant
                              Luis Valerio Martinez

Dated: August 1, 2019         */s/ Michael Donald Long*
                              Attorney for Defendant
                              Jose Arnulfo Alcala-Garcia

Dated: August 1, 2019         McGREGOR W. SCOTT
                              United States Attorney

                              /s/ *Timothy H. Delgado*
                              TIMOTHY H. DELGADO
                              Assistant U.S. Attorney
                              Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including September 24, 2019, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered that the August 6, 2019 status conference shall be continued until September 24, 2019, at 09:15 a.m.

Dated: August 2, 2019            /s/ John A. Mendez
                                                HONORABLE JOHN A. MENDEZ
                                                United States District Court Judge