| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MIA CRAGER, #300172 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | Attorneys for Defendant |
| | LUIS VALERIO MARTINEZ |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:19-cr-00003-JAM |
| Plaintiff, | ) | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| v. | ) | |
| LUIS VALERIO MARTINEZ, et al., | ) | DATE: September 24, 2019 |
| | ) | TIME: 9:15 a.m. |
| Defendants. | ) | JUDGE: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Assistant United States Attorney Timothy H. Delgado, attorney for Plaintiff, Federal Defender Heather E. Williams through Assistant Federal Defender Mia Crager, attorney for Luis Valerio Martinez, and Michael Donald Long, attorney for Jose Arnulfo Alcala-Garcia that the status conference, currently scheduled for September 24, 2019, to be continued to November 5, 2019 at 09:15 a.m.

The reason for the continuance is that counsel for defendants are still conducting legal research and discussing possible resolutions with their client. In addition, counsel for Mr. Alcala-Garcia is currently in trial in an attempted murder case in Sacramento County that is not anticipated to conclude until late October.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including November 5, 2019; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

-1-

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated: September 19, 2019  HEATHER E. WILLIAMS
Federal Defender

/s/ *Mia Crager*
MIA CRAGER
Assistant Federal Defender
Attorney for Defendant
Luis Valerio Martinez

Dated: September 19, 2019  */s/ Michael Donald Long*
Attorney for Defendant
Jose Arnulfo Alcala-Garcia

Dated: September 19, 2019  McGREGOR W. SCOTT
United States Attorney

/s/ *Timothy H. Delgado*
TIMOTHY H. DELGADO
Assistant U.S. Attorney
Attorney for Plaintiff

# **ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including November 5, 2019, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered that the September 24, 2019 status conference shall be continued until November 5, 2019, at 09:15 a.m.

Dated: September 20, 2019 /s/ John A. Mendez_____
HON. JOHN A. MENDEZ
United States District Court Judge