HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant
LUIS VALERIO MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00003-JAM |
| Plaintiff, | |
| vs. | ORDER EXTENDING SELF-SURRENDER DATE TO JANUARY 17, 2021 |
| LUIS VALERIO MARTINEZ, | |
| Defendant. | |

**IS HEREBY ORDERED** that the Motion to Extend Self-Surrender Date as to Luis Valerio Martinez is GRANTED. Mr. Valerio Martinez shall surrender to the institution designated by the Bureau of Prisons, or if no such institution has been designated, to the United States Marshal in Sacramento, CA before 2:00 p.m. on January 17, 2021.

Dated: August 10, 2020

/s/ John A. Mendez_____
JOHN A. MENDEZ
United States District Court Judge

[Proposed] Order to Extend Self-Surrender Date       -1-