MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for JOSE ALCALA-GARCIA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOSE ARNULFO ALCALA-GARCIA,<br>　　　　　Defendant. | ) No. 2:19-CR-00003 JAM<br>)<br>) STIPULATION AND ORDER<br>) MODIFYING THE SCHEDULE FOR<br>) MR. ALCALA-GARCIA'S PRE-SENTENCE<br>) REPORT FOR A NEW SENTENCING DATE<br>) OF FEBRUARY 2, 2021<br>)<br>) Judge: Hon. John A. Mendez |

　　　　Defendant Jose Alcala-Garcia is requesting a continuance of his sentencing hearing, which is presently set for December 1, 2020.  AUSA Alexis Nelsen, on behalf of the United States Attorney's Office, and USPO Aylin McFarland, on behalf of the United States Probation Office, have no objection to the requested continuance.  The final PSR was filed on May 28, 2020.  The parties hereby stipulate to re-set the schedule for the pre-sentence report as follows:

　　　　Judgment and Sentencing Date: February 2, 2021

　　　　Reply, or Statement of Non-opposition: January 26, 2021

　　　　Motion for Correction of the Presentence Report shall be filed with the Court and
　　　　served on the Probation Officer and opposing counsel no later than: January 19, 2021

Dated:  October 22, 2020　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Michael D. Long
　　　　　　　　　　　　　　　　　　　　　　　　　MICHAEL D. LONG
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Jose Alcala-Garcia

-1-

Dated: October 22, 2020

McGREGOR SCOTT
United States Attorney

/s/ Alexis Nelsen
ALEXIS NELSEN
Assistant U.S. Attorney

ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The Court hereby orders that the schedule for Mr. Alcala-Garcia's pre-sentence report is amended as follows:

Judgment and Sentencing Date: February 2, 2021

Reply, or Statement of Non-opposition: January 26, 2021

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: January 19, 2021

DATED: October 22, 2020

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE