HEATHER E. WILLIAMS, #122664
Federal Defender
JEROME PRICE, #282400
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant
LUIS VALERIO MARTINEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:19-cr-00003-JAM |
| ) | |
| Plaintiff, ) | **ORDER TO EXTEND SELF-SURRENDER DATE TO MAY 17, 2021** |
| v. ) | |
| ) | |
| LUIS VALERIO MARTINEZ, ) | JUDGE: Hon. John A. Mendez |
| ) | |
| Defendants. ) | |
| ) | |

IT IS HEREBY ORDERED that the Motion to Extend Self-Surrender Date as to Luis Valerio Martinez is GRANTED.  Mr. Valerio Martinez shall surrender to the institution designated by the Bureau of Prisons, or if no such institution has been designated, to the United States Marshal in Sacramento, CA before 2:00 p.m. on May 17, 2021.

DATED:  December 11, 2020             /s/ John A. Mendez
                                      THE HONORABLE JOHN A. MENDEZ
                                      UNITED STATES DISTRICT COURT JUDGE

-1-