HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant
LUIS VALERIO MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:19-cr-00003-JAM |
|---|---|
| Plaintiff, | ) |
| vs. | ) ORDER EXTENDING SELF-SURRENDER ) DATE TO AUGUST 2, 2021 |
| LUIS VALERIO MARTINEZ, | ) |
| Defendant. | ) |

**IS HEREBY ORDERED** that the Motion to Extend Self-Surrender Date as to Luis Valerio Martinez is GRANTED. Mr. Valerio Martinez shall surrender to the institution designated by the Bureau of Prisons, or if no such institution has been designated, to the United States Marshal in Sacramento, CA before 2:00 p.m. on August 2, 2021. *No further extensions will be granted by the Court.* /jam/

DATED: May 3, 2021

THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

[Proposed] Order to Extend Self-Surrender Date                -1-